**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-70249-JAD |
| | : | |
| James J. Collins, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Doc. No. 10 |
| | : | |
| James J. Collins, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

**ORDER**

**AND NOW**, on this _____ day of _____, <u>2023</u>, upon consideration of the Motion of the above reference Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Petition, Schedules, Chapter 13 Plan, and Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including **August 21, 2023.**

BY THE COURT:

_____
  Jeffery A. Deller,
  United States Bankruptcy Judge