# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-70249** |
| **James J. Collins** | : **Chapter 13** |
| | : **Judge Jeffery A. Deller** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-022766_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-70249** |
| **James J. Collins** : | **Chapter 13** |
| : | **Judge Jeffery A. Deller** |
| **Debtor(s)** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| : | |
| **No Respondent(s).** : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 23, 2023.

<u>Service by ECF:</u>
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Paul W. McElrath Jr., Attorney for James J. Collins, ecf@mcelrathlaw.com

<u>Service by First-Class Mail:</u>
James J. Collins and Hali Brianna Boslet, 132 Faust Drive, Johnstown, PA  15904

EXECUTED ON: <u>August 23, 2023</u>

By: <u>/s/Alyk L. Oflazian</u>
Signature
<u>Alyk L. Oflazian, Esquire</u>
Typed Name
<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>312912</u>
List Bar I.D. and State of Admission

23-022766_PS