## United States Bankruptcy Court
### Western District of Pennsylvania

In re **James J. Collins**
Debtor(s)

Case No. **23-70249-JAD**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **James J. Collins**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **August 24, 2023**

Signature **/s/ James J. Collins**
James J. Collins
Debtor

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953   217.253.3371

| Date | Employee Information | Pay Period | |
|---|---|---|---|
| 05/24/2023 | James J. Collins  XXX-XX-1095  212606 | 5-15-23 to 5-21-23 | |

| EARNINGS | | | | | WITHHOLDINGS AND BENEFITS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours/Units | Rate | Amount | YTD Amount | Empr Pd / Description | Current | YTD |
| REG | 40.00 | 36.08 | 1443.20 | 3463.68 | FWH | 324.41 | 913.49 |
| OT | 14.00 | 54.12 | 757.68 | 2814.24 | MED | 31.91 | 91.03 |
| | | | | | SOC | 136.45 | 389.23 |
| | | | | | NYSDI | 0.60 | 1.80 |
| | | | | | NYSWH | 110.98 | 321.85 |
| | | | | | 401K | 54.00 | 148.00 |
| | | | | | CHKOFF | 66.03 | 188.34 |
| | | | | | DD NET | 1449.50 | 4150.18 |
| | | | | | ORAGAN | 27.00 | 74.00 |
| TOTAL | 54.00 | | 2200.88 | 6277.92 | Employee Total | 2200.88 | 6277.92 |
| GROSS PAY | | 2200.88 | CHECK AMOUNT | .00 | Employer Total | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

---

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953
217.253.3371

TAC (TM) JLALLEN   FA88CAD5-404C0D-80A0-6C 5/22/2023 12:50:41   1449.50

| DATE |
|---|
| 05/24/2023 |

| DESCRIPTION | ACCOUNT NO. | AMOUNT |
|---|---|---|
| DD NET | XXXXXXXXX7000 | 1449.50 |

DEPOSITED FOR:  James J. Collins
132 Foust Drive
Johnstown, PA  15704

NET PAY          1449.50
TOTAL DEPOSIT    1449.50
CHECK AMOUNT         .00

**DIRECT DEPOSIT NOTIFICATION**

*J L Allen Services, Inc.*                                                                 9COLLI      James Collins

| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 5-21-23 | WE05/21/23 | WE05/21/23_23101__Lodg | 276.50 | .00 | 276.50 |
| 5-21-23 | WE05/21/23 | WE05/21/23_23101__JLAM | 175.00 | .00 | 175.00 |
| 5-21-23 | WE05/21/23 | WE05/21/23_23101__Boot | 10.00 | .00 | 10.00 |

| CHECK DATE | 5-24-23 | CHECK NUMBER | 0014549 | TOTAL > | 461.50 | .00 | 461.50 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

*J L Allen Services, Inc.*                                                                 9COLLI      James Collins

| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 5-21-23 | WE05/21/23 | WE05/21/23_23101__Lodg | 276.50 | .00 | 276.50 |
| 5-21-23 | WE05/21/23 | WE05/21/23_23101__JLAM | 175.00 | .00 | 175.00 |
| 5-21-23 | WE05/21/23 | WE05/21/23_23101__Boot | 10.00 | .00 | 10.00 |

| CHECK DATE | 5-24-23 | CHECK NUMBER | 0014549 | TOTAL > | 461.50 | .00 | 461.50 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

TAC (TM) JLALLEN    FA88CAD5-404C0D-80A0-8C 5/22/2023 12:48:07   0014549 461.50

J L Allen Services, Inc.                       First Mid Bank & Trust              70-207/711        **0014549**
P.O. Box 347
980 N. CR 610 E.
Tuscola  IL 61953                                                                               DATE 05/24/2023
217.253.3371

5-24-2023    Electronic    XXXXXXXXXX7000         461.50                                        $ ****461.50

TO THE ORDER OF

James Collins
132 Foust Dr.
Johnstown, PA  15904



⑈000014549⑈ ⑆071102076⑆ 000975950 7⑈

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953   217.253.3371

| Date | Employee Information | | Pay Period | |
|---|---|---|---|---|
| 05/17/2023 | James J. Collins XXX-XX-1095   212606 | | 5-08-23 to 5-14-23 | |

| EARNINGS | | | | | WITHHOLDINGS AND BENEFITS | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours/Units | Rate | Amount | YTD Amount | Empr Pd | Description | Current | YTD |
| REG | 40.00 | 36.08 | 1443.20 | 2020.48 | | FWH | 439.14 | 589.08 |
| OT | 23.00 | 54.12 | 1244.76 | 2056.56 | | MED | 38.98 | 59.12 |
| | | | | | | SOC | 166.66 | 252.78 |
| | | | | | | NYSDI | 0.60 | 1.20 |
| | | | | | | NYSWH | 147.17 | 210.87 |
| | | | | | | 401K | 63.00 | 94.00 |
| | | | | | | CHKOFF | 80.64 | 122.31 |
| | | | | | | DD NET | 1720.27 | 2700.68 |
| | | | | | | ORAGAN | 31.50 | 47.00 |
| TOTAL | 63.00 | | 2687.96 | 4077.04 | | Employee Total | 2687.96 | 4077.04 |
| GROSS PAY | | 2687.96 | CHECK AMOUNT | .00 | | Employer Total | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

---

TAC (TM) JLALLEN    FA88CAD5-404C0D-80A0-6C 5/15/2023 11:03:19    1720.27

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953
217.253.3371

| DATE |
|---|
| 05/17/2023 |

| DESCRIPTION | ACCOUNT NO. | AMOUNT |
|---|---|---|
| DD NET | XXXXXXXXX7000 | 1720.27 |

DEPOSITED FOR: James J. Collins
132 Foust Drive
Johnstown, PA  15704

NET PAY         1720.27
TOTAL DEPOSIT   1720.27
CHECK AMOUNT        .00

**DIRECT DEPOSIT NOTIFICATION**

*J L Allen Services, Inc.*                                                                 9COLLI     James Collins

| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---:|---:|---:|
| 5-14-23 | WE05/14/23 | WE05/14/23_23101__Lodg | 276.50 | .00 | 276.50 |
| 5-14-23 | WE05/14/23 | WE05/14/23_23101__JLAM | 175.00 | .00 | 175.00 |
| 5-14-23 | WE05/14/23 | WE05/14/23_23101__Boot | 10.00 | .00 | 10.00 |
| CHECK DATE 5-17-23 | CHECK NUMBER 0014535 | TOTAL > | 461.50 | .00 | 461.50 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

---

*J L Allen Services, Inc.*                                                                 9COLLI     James Collins

| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---:|---:|---:|
| 5-14-23 | WE05/14/23 | WE05/14/23_23101__Lodg | 276.50 | .00 | 276.50 |
| 5-14-23 | WE05/14/23 | WE05/14/23_23101__JLAM | 175.00 | .00 | 175.00 |
| 5-14-23 | WE05/14/23 | WE05/14/23_23101__Boot | 10.00 | .00 | 10.00 |
| CHECK DATE 5-17-23 | CHECK NUMBER 0014535 | TOTAL > | 461.50 | .00 | 461.50 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

---

TAC (TM) JLALLEN    FA88CAD5-404C0D-80A0-8C 5/15/2023 13:48:51   0014535 461.50

**J L Allen Services, Inc.**                          First Mid Bank & Trust      70-207/711      **0014535**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953                                                                                  DATE 05/17/2023
217.253.3371

5-17-2023     Electronic     XXXXXXXXXX7000        461.50                           $   ****461.50

TO THE ORDER OF      James Collins
                  132 Foust Dr.
                  Johnstown, PA  15904



⑈000014535⑈  ⑆071102076⑆  0009759507⑈

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953   217.253.3371

| Date | Employee Information | | Pay Period | |
|---|---|---|---|---|
| 05/10/2023 | James J. Collins  XXX-XX-1095   212606 | | 5-01-23 to 5-07-23 | |

| EARNINGS | | | | | WITHHOLDINGS AND BENEFITS | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours/Units | Rate | Amount | YTD Amount | Empr Pd | Description | Current | YTD |
| REG | 16.00 | 36.08 | 577.28 | 577.28 | | FWH | 149.94 | 149.94 |
| OT | 15.00 | 54.12 | 811.80 | 811.80 | | MED | 20.14 | 20.14 |
| | | | | | | SOC | 86.12 | 86.12 |
| | | | | | | NYSDI | 0.60 | 0.60 |
| | | | | | | NYSWH | 63.70 | 63.70 |
| | | | | | | 401K | 31.00 | 31.00 |
| | | | | | | CHKOFF | 41.67 | 41.67 |
| | | | | | | DD NET | 980.41 | 980.41 |
| | | | | | | ORAGAN | 15.50 | 15.50 |
| TOTAL | 31.00 | | 1389.08 | 1389.08 | | Employee Total | 1389.08 | 1389.08 |
| GROSS PAY | | 1389.08 | CHECK AMOUNT | .00 | | Employer Total | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

---

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953
217.253.3371

TAC (TM) JLALLEN   FA88CAD5-404C0D-80A0-6C 5/9/2023 10:21:25   980.41

| DATE |
|---|
| 05/10/2023 |

| DESCRIPTION | ACCOUNT NO. | AMOUNT |
|---|---|---|
| DD NET | XXXXXXXXXX7000 | 980.41 |

DEPOSITED FOR:
James J. Collins
132 Foust Drive
Johnstown, PA 15704

NET PAY         980.41
TOTAL DEPOSIT   980.41
CHECK AMOUNT       .00

**DIRECT DEPOSIT NOTIFICATION**

## J L Allen Services, Inc.

9COLLI   James Collins

| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__Lodg | 158.00 | .00 | 158.00 |
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__JLA | 100.00 | .00 | 100.00 |
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__Boot | 10.00 | .00 | 10.00 |
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__Mile | 233.18 | .00 | 233.18 |

| CHECK DATE | 5-10-23 | CHECK NUMBER | 0014523 | TOTAL > | 501.18 | .00 | 501.18 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

---

## J L Allen Services, Inc.

9COLLI   James Collins

| DATE | INVOICE NO | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__Lodg | 158.00 | .00 | 158.00 |
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__JLA | 100.00 | .00 | 100.00 |
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__Boot | 10.00 | .00 | 10.00 |
| 5-07-23 | WE05/07/23 | WE05/07/23_23101__Mile | 233.18 | .00 | 233.18 |

| CHECK DATE | 5-10-23 | CHECK NUMBER | 0014523 | TOTAL > | 501.18 | .00 | 501.18 |

PLEASE DETACH AND RETAIN FOR YOUR RECORDS

---

TAC (TM) JLALLEN   FA88CAD5-404C0D-80A0-8C 5/9/2023 09:37:16   0014523 501.18

**J L Allen Services, Inc.**
P.O. Box 347
980 N. CR 610 E.
Tuscola IL 61953
217.253.3371

First Mid Bank & Trust   70-207/711   **0014523**

DATE 05/10/2023

| 5-10-2023 | Electronic | XXXXXXXXXX7000 | 501.18 | | $ ****501.18 |

TO THE ORDER OF

James Collins
132 Foust Dr.
Johnstown, PA 15904



⑈000014523⑈ ⑆071102076⑆ 000975507⑈