UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| James Collins | CHAPTER: 13 |
| 132 Faust Dr | CASE NUMBER: 23-70249 |
| Johnstown, PA 19801 | CLAIM AMOUNT: $1812.75 |

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim number 6, filed 10/6/2023, in the amount of $1812.75.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 9th day of October, 2023.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | James Collins<br>132 Faust Dr<br>Johnstown, PA 19801 |
| Debtor's Attorney: | Paul Mcelrath Jr<br>1641 Saw Mill Run Blvd<br>Pittsburgh, PA 15210 |
| Chapter 13 Trustee: | Ronda J. Winnecour<br>600 Grant St Ste3250<br>Pittsburgh, PA 15216 |

by submitting electronically with the court.

This 9th day of October, 2023.

Jefferson Capital Systems LLC

By: /s/ Shannon Johnson
Shannon Johnson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314