

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-70249

DEBTOR(S):

JAMES J COLLINS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $552.69

CREDITOR'S SIGNATURE:

/s/ Korinny Sanchez

CREDITOR CONTACT INFO:

PYOD, LLC

Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

(877) 264-5884

DATE:

10/12/2023