Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**James J. Collins**  :  Case No. 23−70249−JAD
*Debtor(s)*          :  Chapter: 13
                     :
                     :
                     :
                     :  Related to Docs. #5 and 32
                     :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of December, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                   Case No. 23-70249-JAD
James J. Collins                                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Dec 08, 2023      Form ID: 309      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J. Collins, 132 Faust Drive, Johnstown, PA 15904-4009 |
| 15623291 | + | Freedom Consumer Disco, 1111 W Main St, Somerset, PA 15501-1152 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JEFFERSONCAP.COM | Dec 09 2023 04:50:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 01:03:50 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602, UNITED STATES 29602-9008 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 09 2023 00:06:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15623284 | + | EDI: CAPITALONE.COM | Dec 09 2023 04:50:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15623285 | + | EDI: CAPONEAUTO.COM | Dec 09 2023 04:50:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15623287 | + | EDI: WFNNB.COM | Dec 09 2023 04:50:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15623289 | + | EDI: AMINFOFP.COM | Dec 09 2023 04:50:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15623288 | + | EDI: AMINFOFP.COM | Dec 09 2023 04:50:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15623294 | + | EDI: PHINAMERI.COM | Dec 09 2023 04:50:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15644672 | | EDI: JEFFERSONCAP.COM | Dec 09 2023 04:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15630985 | | EDI: JPMORGANCHASE | Dec 09 2023 04:50:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15623286 | | EDI: JPMORGANCHASE | Dec 09 2023 04:50:00 | Chase Auto Finance, 900 Stewart Ave, Garden City, NY 11530 |
| 15643416 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:08:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15623295 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 09 2023 00:06:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, |

Case 23-70249-JAD  Doc 34  Filed 12/10/23  Entered 12/11/23 00:21:31  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 309 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | VA 23450-8068 |
| 15644714 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 09 2023 00:06:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 15623301 | | Email/Text: cscommunications@mrvbanks.com | Dec 09 2023 00:06:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 15623296 | + | EDI: AGFINANCE.COM | Dec 09 2023 04:50:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15643154 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:08:32 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15623302 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 09 2023 00:06:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15644038 | | Email/Text: BNCnotices@dcmservices.com | Dec 09 2023 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15623304 | ^ | MEBN | Dec 08 2023 23:51:30 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15623303 | | Syncb/walmart |
| 15623290 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15623292 | *+ | Freedom Consumer Disco, 1111 W Main St, Somerset, PA 15501-1152 |
| 15623293 | *+ | Freedom Consumer Disco, 1111 W Main St, Somerset, PA 15501-1152 |
| 15623297 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15623298 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15623299 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15623300 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |

District/off: 0315-7 User: auto Page 3 of 3
Date Rcvd: Dec 08, 2023 Form ID: 309 Total Noticed: 23

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Debtor James J. Collins ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6